United States District Court
District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. CLAIRE C. CECCHI |
| v. | : | **CRIMINAL COMPLAINT** |
| RICHARD RICARDO THORNE and GRAHAM SMITH | : | Magistrate No. 11-4024 |

I, Dwayne Delain, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 11, 2011, in the District of New Jersey and elsewhere, defendants did:

> knowingly and intentionally, conspired and agreed with others to distribute and to possess with intent to distribute 100 grams or more of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Section 841(a) and (b)(1)(B)(i)

In violation of Title 21, United States Code, Section 846.

I further state that I am a Special Agent with Drug Enforcement Administration and that this complaint is based on the following facts:

SEE ATTACHMENT A

_____
Dwayne Delain
Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

January 13, 2011                         at        Newark, New Jersey
Date                                                City and State

Honorable Claire C. Cecchi                          _____
United States Magistrate Judge                      Signature of Judicial Officer

ATTACHMENT A

I, Dwayne Delain, am a Special Agent with the Drug Enforcement Administration. Based upon my investigation and my discussions with other individuals involved in this investigation, I have knowledge of the following facts:

1. On or about January 11, 2011, Drug Enforcement Administration ("DEA") agents in New Jersey were aware that a passenger then on board Amtrak 92 from Miami, Florida to New York Pennsylvania Station, namely, defendant RICHARD RICARDO THORNE, was suspected of being a narcotics courier.

2. At approximately 6:15 p.m., law enforcement agents boarded Amtrak 92 to conduct surveillance of RICHARD RICARDO THORNE. After Amtrak 92 arrived at Newark Pennsylvania Station, defendant RICHARD RICARDO THORNE was observed by law enforcement agents departing the train, carrying a black piece of luggage and later speaking on a cellular telephone. It was determined that defendant RICHARD RICARDO THORNE was speaking to defendant GRAHAM SMITH.

3. At approximately 8:30 p.m., defendant GRAHAM SMITH and an uncharged other arrived in a silver Jeep Cherokee at Newark Pennsylvania Station for the purpose of picking up and transporting RICHARD RICARDO THORNE. Defendant RICHARD RICARDO THORNE approached the Jeep Cherokee and attempted to enter the vehicle with his luggage. Law enforcement apprehended RICHARD RICARDO THORNE, GRAHAM SMITH, and the other.

4. Law enforcement agents recovered approximately 770 grams of controlled substances, specifically, which field tested positive for 380 grams of heroin and 390 grams of cocaine, hidden in the luggage that RICHARD RICARDO THORNE transported on the train.