AO 92
(Rev. 6/83)

# COMMITMENT

| United States District Court | DISTRICT OF NEW JERSEY |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>GRAHAM SMITH | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br>11-mj-4024-02 |

The above named defendant was arrested upon the complaint of

charging a violation of   **21**   U.S.C. §   **846, etc.**

| DISTRICT OF OFFENSE   NEW JERSEY | DATE OF OFFENSE |
|---|---|

**DESCRIPTION OF CHARGES:**

Conspiracy to possess and possession with intent to distribute heroin.

BOND IS FIXED AT $ ~~ ~~

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

| 01/13/11 | s/ Claire C. Cecchi |
|---|---|
| Date | United States Judge or Magistrate |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |